UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:15-CV-152(FL)

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | ENTRY OF DEFAULT |
| | ) | |
| EDWARD F. DUNNAVANT, | ) | |
|     Defendant, | ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against defendant Edward F. Dunnavant.

This the __6th__ day of __October__, 2015.

_____
for JULIE RICHARDS JOHNSTON
Clerk of Court